**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JEROME JACKSON,**

        **Plaintiff,**

**-vs-**                                                            Case No. 6:08-cv-987-Orl-31GJK

**PETE'S PAINTING OF CENTRAL**
**FLORIDA, INC., and KOSTADIA**
**KAROUTSOS,**

        **Defendants.**

_____

## ORDER

This matter came before the Court without oral argument upon consideration of the parties' Joint Motion to Approve Settlement (Doc. 29) and United States Magistrate Judge Gregory J. Kelly's Report and Recommendation regarding same (Doc. 31). The parties have represented to the Court that they have no objections to the Report and Recommendation (Doc. 32). Upon review, it is

**ORDERED** and **ADJUDGED** that:

1. The Report and Recommendation (Doc. 31) is **CONFIRMED** and **ADOPTED in part**[1] as a part of this Order;

---

[1] The sums included in the Report and Recommendation appear to be incorrect. Accordingly, the Court has relied upon the parties' settlement agreements (Doc. 29-2) to determine the amounts payable to Plaintiffs and Plaintiffs' counsel. In all other material respects, however, the Court confirms and adopts the Report and Recommendation.

2. The parties' Joint Motion to Approve Settlement (Doc. 29) is **GRANTED** and, in accordance with *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982), the Court finds that the parties' settlement agreements are fair and reasonable resolutions of bona fide disputes under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*;

3. Pursuant to the parties' settlement agreements (Doc. 29-2), Defendants shall pay

   a. Plaintiff, Jerome Jackson, $3,450.00, which includes $1,000.00 in unpaid overtime compensation (less applicable employment taxes), $1,000.00 in liquidated damages, and $1,450.00 in attorneys' fees and costs;

   b. Plaintiff, Johnny Jackson, $1,500.00, which includes $750.00 in unpaid overtime compensation (less applicable employment taxes), and $750.00 in liquidated damages;

   c. Plaintiff, Jerry Jackson, $2,500.00, which includes $1,250.00 in unpaid overtime compensation (less applicable employment taxes), and $1,250.00 in liquidated damages;

4. Defendants may pay the sums set forth in paragraph three, *supra*, in installments, as provided for in the parties' settlement agreements (Doc. 29-2);

5. Plaintiffs' counsel shall not withhold any portion of the $2,000.00 payable to Plaintiff Jerome Jackson, the $1,500 payable to Plaintiff Johnny Jackson, or the $2,500.00 payable to Plaintiff Jerry Jackson;

6. Plaintiffs' counsel shall provide Plaintiffs with a copy of this Order; and

7. This case is hereby **DISMISSED** with prejudice. The Court will not reserve jurisdiction to enforce a settlement agreement.

The Clerk of the Court is directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on July 23, 2009.

Copies furnished to:

Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE